## DUNN v. LOUISIANA

No. 664. Decided June 29, 1970

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE MARSHALL would reverse the judgment below for the reasons stated in his separate opinion in *Williams* v. *Florida, ante,* p. 116.

## CROUSE, WARDEN v. WOOD

No. 936. Decided June 29, 1970

PER CURIAM.

The motion of the respondent for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the United States Court of Appeals for the Tenth Circuit for further consideration in light of *Chambers* v. *Maroney, ante,* p. 42.

MR. JUSTICE HARLAN is of the opinion that certiorari should be denied. However, the case having been taken for review, he would affirm the judgment below for the reasons stated in his separate opinion in *Chambers* v. *Maroney, ante,* p. 55.